IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-293-RJC-DCK

BRION BLAIS,

    Plaintiff,

v.

OFFICEMAX INCORPORATED,

    Defendant.

ORDER
GRANTING ADMISSION OF TIMOTHY
S. ANDERSON TO PRACTICE
*PRO HAC VICE*

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant OfficeMax Incorporated for admission *pro hac vice* of Timothy S. Anderson, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Ho should be admitted *pro hac vice* as representing Defendant OfficeMax Incorporated.

**IT IS THEREFORE ORDERED** that the motion is granted and that Timothy S. Anderson is admitted to practice before this Court *pro hac vice*.

Signed: July 20, 2009

David C. Keesler
United States Magistrate Judge